MARISA D. POULOS (SBN 197904)
marisa.poulos@balboacapital.com
BALBOA CAPITAL CORPORATION
575 Anton Boulevard, 12th Floor.
Costa Mesa, California 92626
Tel: (949) 399-6303

Andrew K. Alper (State Bar No. 088876)
aalper@frandzel.com
Marshall J. August (State Bar No. 105361)
maugust@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Plaintiff,
Ameris Bank dba Balboa Capital Corporation

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| AMERIS BANK, a Georgia corporation dba Balboa Capital Corporation<br><br>Plaintiff,<br><br>v.<br><br>GLOWDOC, LLC, a Louisiana Limited Liability Company; BHAVINIBEN PATEL aka BVAHINI PATEL aka BHAVINIBEN SURESHBHAI PATEL aka BHAVINIBEN SURESHBHAI PATEL, M.D., an individual,<br><br>Defendants. | Case No. 8:24-CV-00522-JWH-(KESx)<br><br>**AMERIS BANK'S NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS GLOWDOC, LLC, and BHAVINIBEN PATEL AKA BVAHINI PATEL AKA BHAVINIBEN SURESHBHAI PATEL AKA BHAVINIBEN SURESHBHAI PATEL, M.D.**<br>**[Fed. R. Civ. P. 55(b)(2)]**<br><br>Date:     July 19, 2024<br>Time:    9:00 A.M.<br>Crtrm.:   9D<br>Location: Ronald Reagan Federal Building and United States Courthouse<br>411 West Fourth Street, Santa Ana. CA. 92701 |

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION, ALL DEFENDANTS HEREIN AND THEIR RESPECTIVE ATTORNEYS IF ANY:**

**PLEASE TAKE NOTICE** that on July 19, 2024, at 9:00 a.m., or as soon thereafter as this matter may be heard in Courtroom 9D of the above-entitled Court, located at the Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Santa Ana, CA, 92701-4516, Plaintiff Ameris Bank dba Balboa Capital Corporation ("Plaintiff"), will present its Motion for Default Judgment against Defendants Glowdoc, LLC, a Louisiana limited liability company ("Glowdoc" or "Borrower") and the Guarantor of the Borrower's obligation Bhaviniben Patel aka Bvahini Patel aka Bhaviniben Sureshbhai Patel aka Bhaviniben Sureshbhai Patel, M.D. ("Patel" or Guarantor").  ("Borrower and Guarantor will sometimes collectively be referred to as "Defendants").

This Motion is being made pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure ("Rules") on the grounds that Defendants have failed to plead or otherwise defend in response to the Plaintiff's complaint.  The Clerk entered the defaults of the Defendants on April 30, 2024.  Dkt. 20.  The Defendants have not filed any responsive pleadings or requested that the entry of defaults be set aside.

Defendants are not minors and are not incompetent persons or in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940.  Defendants have not appeared in this action.

Accordingly, under Rule 55(b)(2), Plaintiff is entitled to a Default Judgment against Defendants, and each of them, jointly and severally, on account of the claims pleaded in the Complaint.  In particular, Plaintiff is entitled to a joint and several judgment against Borrower on the first claim for relief for Breach of Equipment Finance Agreement and against Guarantor on the second claim for relief for Breach of Personal Guaranty.

1  Plaintiff seeks a Default Judgment against Defendants in the total sum of $151,521.77.

This Motion is based on the entered defaults in this matter, the Complaint, this Notice, the Memorandum of Points and Authorities submitted herewith, the attached Declarations of Don Ngo and Andrew K. Alper and the pleadings, files and other matters that may be presented at the hearing.

WHEREFORE, Plaintiff seeks the following:

1. Entry of an order Granting this Motion in the form of the Proposed Order submitted herewith;

2. Entry of a money judgment, in the form of the Proposed Default Judgment submitted herewith, in favor of Plaintiff and against Defendants, jointly and severally, in the amount of $151,521.77 based on the sum of $144,263.99 together with attorney's fees of $6,893.50 and $674.28 for costs on the First and Second Claims for Relief in the Complaint; and

3. For such other relief as the Court may deem just and appropriate.

DATED: June 14, 2024

FRANDZEL ROBINS BLOOM & CSATO, L.C.
ANDREW K. ALPER
BRUCE POLTROCK

By: _____
ANDREW K. ALPER
Attorneys for Plaintiff, Ameris Bank dba Balboa Capital Corporation

# PROOF OF SERVICE

## 8:24-CV-00522-JWH-(KESx)

I, the undersigned, declare and certify as follows:

I am over the age of eighteen years, not a party to the within action and employed in the County of Los Angeles, State of California. I am employed in the office of Frandzel Robins Bloom & Csato, L.C., members of the Bar of the above-entitled Court, and I made the service referred to below at their direction. My business address is 1000 Wilshire Boulevard, Nineteenth Floor, Los Angeles, CA 90017-2427.

On **June 14, 2024**, I served true copy(ies) of the **AMERIS BANK'S NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS GLOWDOC, LLC, and BHAVINIBEN PATEL AKA BVAHINI PATEL AKA BHAVINIBEN SURESHBHAI PATEL AKA BHAVINIBEN SURESHBHAI PATEL, M.D.**

**[Fed. R. Civ. P. 55(b)(2)]**, the original(s) of which is(are) affixed hereto. to the party(ies) on the attached service list.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

Andrew K Alper aalper@frandzel.com, rsantamaria@frandzel.com

Bruce David Poltrock bpoltrock@frandzel.com, sking@frandzel.com

Marisa D Poulos marisa.poulos@balboacapital.com

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on **June 14, 2024**, at Los Angeles, California.

_____
Annette Chase