JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia corporation doing business as BALBOA CAPITAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>GLOWDOC, LLC, a Louisiana Limited Liability Company; BHAVINIBEN PATEL aka BVAHINI PATEL aka BHAVINIBEN SURSHBHAI PATEL aka BHAVINIBEN SURSHBHAI PATEL, M.D., an individual,<br><br>Defendants. | Case No. 8:24-cv-00522-JWH-KES<br><br>**JUDGMENT** |

Pursuant to the "Order Granting Plaintiff's Motion for Default Judgment [ECF No. 23]" entered substantially contemporaneously herewith, and in accordance with Rules 55 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. The Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332.

2. Plaintiff Ameris Bank, a Georgia Corporation doing business as Balboa Capital Corporation shall have **JUDGMENT** in its **FAVOR**, and **AGAINST** Defendants Glowdoc, LLC and Bhaviniben Patel, jointly and severally, in the amount of $159,094.99 (consisting of the principal amount due of $135,922.23; prejudgment interest in the amount of $16,013.20; litigation costs of $674.28; and attorneys' fees of $6,485.28).

3. Other than potential post-judgment remedies, to the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: December 30, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE